UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HELEN SWARTZ, Individually,

      Plaintiff,

vs.

25 AMERICA'S CUP AVENUE, NEWPORT, LLC, a Delaware Limited Liability Company, and MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation,

      Defendants.

Case No.: 1:18-cv-00585-WES-PAS

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

FOR THE PLAINTIFF:

Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com

Roger N. Le Boeuf, Esq., Reg. # 5208
HEALD & LeBOEUF, LTD.
One Turks Head Place
76 Westminster Street, Suite 600
Providence, RI 02903
(401) 421-1500
(401) 331-5886 Facsimile
rnl@healdandleboeuf.com

Dated: February 6, 2019

FOR THE DEFENDANT:

Jordan B. Schwartz, Esq.
Conn Maciel Carey LLP
5335 Wisconsin Avenue NW - Suite 660
Washington, DC 20015
Telephone: (202) 909-2731
jschwartz@conmaciel.com

Sherry A. Goldin, Esq.
Goldin & Associates, Inc.
10 Weybosset Street; Suite 800
Providence, RI 02903
Telephone: 401.861.7400
sg@sagoldin.com

Dated: February 6, 2019